# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| WILLIAM QAUOD-PINALES, *on behalf of himself and all others similarly situated*, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COSTA SHIPPING & DELIVERY INC., )<br>)<br>Defendant. ) | No. 4:21-CV-216 RLW |

## ORDER

In accordance with the parties' Joint Stipulation for Dismissal (ECF No. 42),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   20th   day of October, 2022.